UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER BROUSSARD** | : CIVIL NO.: 12-1310 |
| **VERSUS** | : JUDGE DOHERTY |
| **MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | : MAGISTRATE JUDGE HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOINT STIPULATED ORDER FOR ATTORNEY FEES

On this day came for consideration Christopher Broussard's application for approval of an attorney fee under the Equal Access to Justice Act. The parties have stipulated to the amount to be awarded by the Court. After considering the application and stipulation, it is hereby **ORDERED** that Christopher Broussard's request for fees and expenses is **GRANTED**, and that fees awarded in favor of the Plaintiff under the Equal Access to Justice Act in the amount of **$3,112.50** be made payable to Christopher Broussard since there is no award of disability benefits pursuant to 42 U.S.C. § 405(g) or fees pursuant to 42 U.S.C. § 406(b).

Thus done and signed in Lafayette, Louisiana this 14th day of January, 2013.

_____
JUDGE

APPROVED AS TO FORM:

| | |
|---|---|
| /s/ Matthew D. Lane, Jr. | /s/ Katherine Vincent |
| Matthew D. Lane, Jr. | Katherine Vincent |
| 556 Jefferson Street Box 11 | Assistant United States Attorney |
| Lafayette, LA 70501 | 800 Lafayette St. Ste 2200 |
| (337)593-4139 | Lafayette, LA 70501 |
| Bar Roll No. 28116 | (337)262-6618 |
| | Bar Roll No. 18717 |